**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JOSHALYN HAMMONS, et al.,** | : | **Case No. 1:04CV2374** |
| | : | |
| **Plaintiffs,** | : | **JUDGE KATHLEEN O'MALLEY** |
| | : | |
| **v.** | : | |
| | : | <u>**MEMORANDUM AND ORDER**</u> |
| **BEDFORD CITY SCHOOLS, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

On May 5, 2005 the parties met with this Court for a Case Management Conference. At the outset, Plaintiff's counsel stated that Plaintiff was prepared to dismiss all alleged pending federal claims. The Defendant agreed to Plaintiff's voluntary dismissal of any and all pending federal claims according to Fed. R. Civ. P. 41 (a). Accordingly, this case is remanded back to the Cuyahoga County Court of Common Pleas.

**IT IS SO ORDERED.**

                 **s/Kathleen M. O'Malley**
                 **KATHLEEN McDONALD O'MALLEY**
                 **UNITED STATES DISTRICT JUDGE**

**Dated**: May 9, 2005

S:\Brox 04-05\04cv2374.wpd